UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERIC POIRIER,

    Plaintiff,

v.                                                Case No. 07-C-67

PHIL KINGSTON, et al.,

    Defendants.

## ORDER

      Plaintiff, an inmate in the custody of the Wisconsin Department of Corrections, has sued the warden and various prison officials for violations of his constitutional rights. The defendants have filed a motion for summary judgment seeking dismissal on the ground that the plaintiff has failed to exhaust his administrative remedies as required under the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e(a). In addition, plaintiff has filed a motion for summary judgment and two sets of interrogatories directed to various defendants.

      Because the issue raised in the defendants' motion for summary judgment is a threshold issue potentially dispositive of the entire case, all further proceedings in this matter will be stayed until the court decides that motion. It is now fully briefed and a decision will be forthcoming. Defendants need not respond to the outstanding interrogatories nor need defendants respond to plaintiff's motion for summary judgment until and unless their own motion is denied.

      **SO ORDERED** this   26th   day of April, 2007.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge