UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERIC POIRIER,

        Plaintiff,

v.                                        Case No. 07-C-67

PHIL KINGSTON, et al.,

        Defendants.

**ORDER**

Plaintiff Poirier has filed a "motion for consideration" in which he asks that this court inform the court of appeals that he is paying his filing fees. If *in forma pauperis* status had been granted (it has not), the plaintiff-appellant would be able to pay his fees over time, as he is currently doing. However, both this court and the court of appeals have denied leave to proceed *in forma pauperis* on appeal. That means the *entire* balance of the appellate docketing fee is due or else the appeal will be dismissed. In other words, the fact that he has been paying his fees in increments does not affect his ability to proceed with his appeal. No fees are refunded upon dismissal. Accordingly, the motion is **DENIED**.

        **SO ORDERED** this   15th   day of February, 2008.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge